In the Matter of the Claim of JOHN EARLY, Respondent, against R. PLESS & SON and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of CELIA CANDELA, Respondent, against CEDAR GROVE CEMETERY ASSOCIATION, Alleged Special Employer, and NEW YORK CASUALTY COMPANY, Appellants, and MORRIS ROTH, General Employer, and NEW AMSTERDAM CASUALTY COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

DAVID SKULSKY, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant. DAVID SKULSKY, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgments unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

WALTER D. WAY, Respondent, v. MICHAEL AHERN, JR., Appellant. RALPH A. TORRANCE, Respondent, v. MICHAEL AHERN, JR., Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [See post, p. 904.]

In the Matter of the Claim of PETER RAYNELLO, Respondent, against SCOTT BROTHERS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of FLORA M. BONNEY and Another, as Executrices of JAMES A. MACDONALD, Deceased, Appellants, for an Order of Certiorari against THOMAS M. LYNCH and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

ROSE D. BUSH, Administratrix, etc., of WILLIAM C. BUSH, Deceased, Appellant, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent.— Judgment and order affirmed, with costs. Hill, P. J., McNamee, Crapser and Heffernan, JJ., concur; Rhodes, J., dissents, with an opinion (which is not to be published because not of general interest).

In the Matter of the Application of GEORGE D. MacCULLOUGH, Appellant, for a Mandamus Order against HARRY E. CLINTON, as District Attorney of Rensselaer County, and the BOARD OF SUPERVISORS OF RENSSELAER COUNTY, Respondents.— Order unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of SUSAN G. O'MEARA, Appellant, for a Mandamus Order against WILLIAM G. RICE and Others, as Constituting the State Civil Service Commission of the State of New York and Another, Respondents.— Order affirmed, without costs. Hill, P. J., McNamee and Bliss, JJ., concur; Crapser and Heffernan, JJ., dissent and vote to reverse the order in so far as it denies petitioner's application to compel a certification of her payroll.

FRED C. GORDON, Appellant, v. AUSABLE CHASM COMPANY, Respondent, and Another.— Judgment unanimously affirmed, with costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.